MINUTE ENTRY
MILAZZO, J.
May 15, 2020

JS-10:03:00

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No. 16-2740 <br> SECTION: "H" (5) |
| This document relates to all cases | ) | |

# MINUTE ENTRY

On May 15, 2020, the Court held a show cause hearing. Certain participants appeared via video: Claire E. Berg, Palmer Lambert, Dawn Barrios, Julie Callsen, Nicholas Insogna, and Kelly Brilleaux. Other participants appeared via telephone.

Court Reporter:   Jodi Simcox

Law Clerk:   Samantha Schott

**IT IS ORDERED** that the cases listed in the attached Exhibit A, titled "Non-Compliance Dismissal List," are **DISMISSED WITH PREJUDICE** based on stipulations filed by counsel;

**IT IS FURTHER ORDERED** that the cases listed in the attached Exhibit B, titled "Non-Compliance Declarations List," in addition to the cases of Emma Smith, 17-11568, and Mary Ann Levy, 17-13501, are **DISMISSED WITH PREJUDICE**;

**IT IS FURTHER ORDERED** that the cases listed in the attached Exhibit C, titled "Non-Compliance Statement List," are **DISMISSED WITH PREJUDICE**;

**IT IS FURTHER ORDERED** that the following cases from the call docket are **DISMISSED WITH PREJUDICE** for reasons stated on the record:

- 17-16237     Juanita Black-Roberson

**IT IS FURTHER ORDERED** that the Court will conduct the remainder of the show cause hearing on May 18, 2020 at 1:00 p.m.

_____
**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Filed Date | Docket No |
|---|---|---|---|---|---|---|---|---|
| 1 | Albino | Digna | 2:19-cv-14333 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 5/8/2020 | 10190 |
| 2 | Boyd | Carolyn | 2:19-cv-13444 | No Signed/Verified PFS | sanofi | Cutter Law PC | 5/6/2020 | 10136 |
| 3 | Davis | Carolyn | 2:19-cv-13925 | No Signed/Verified PFS | sanofi | Baron & Budd | 5/11/2020 | 10361 |
| 4 | Gordon-Jones | Danyelle | 2:19-cv-14498 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 5/8/2020 | 10180 |
| 5 | Griffith | Marion | 2:19-cv-14492 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 4/29/2020 | 10063 |
| 6 | Grunwell | Karon | 2:19-cv-14558 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 4/29/2020 | 10055 |
| 7 | Johnson | Sherri | 2:19-cv-13851 | No Signed/Verified PFS | sanofi | Pulaski Law Firm, PLLC | 5/4/2020 | 10099 |
| 8 | Leblanc Young | Lisa | 2:19-cv-14295 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 5/8/2020 | 10185 |
| 9 | London | Earlene | 2:18-cv-11630 | PFS Not Substantially Complete | 505 | Shaw Cowart, LLP | 5/11/2020 | 10332 |
| 10 | Mills | Andrea | 2:19-cv-13880 | No Signed/Verified PFS | sanofi | Pulaski Law Firm, PLLC | 4/29/2020 | 10057 |
| 11 | Myers | Sharon | 2:19-cv-14281 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 5/9/2020 | 10272 |
| 12 | Phillips | Delores | 2:19-cv-14550 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 5/8/2020 | 10188 |
| 13 | Polhamus | Roberta | 2:19-cv-12716 | No Signed/Verified PFS | sanofi | The Maher Law Firm, PA | 5/11/2020 | 10365 |
| 14 | Potts | Annie | 2:19-cv-14377 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 5/11/2020 | 10336 |
| 15 | Proctor | Tina | 2:17-cv-16662 | PFS Not Substantially Complete | sanofi | Brent Coon & Associates | 5/12/2020 | 10386 |
| 16 | Rogers | Olivette | 2:19-cv-14224 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 4/29/2020 | 10069 |
| 17 | Rossi-Leonhard | Dolly | 2:19-cv-14505 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 5/5/2020 | 10109 |
| 18 | Ruth | Joanne | 2:19-cv-14239 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 4/29/2020 | 10066 |
| 19 | Shappell | Dorothy | 2:17-cv-16412 | PFS Not Substantially Complete | sanofi | Allen & Nolte, PLLC (Previously The Mulligan Law Firm) | 5/8/2020 | 10186 |
| 20 | Spikes (Ramos) | Ermogene (Diedre) | 2:19-cv-14483 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 5/9/2020 | 10279 |

May 15, 2020
Non Compliance Dismissal List

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Filed Date | Docket No |
|---|---|---|---|---|---|---|---|---|
| 21 | Weeks | Vicky | 2:19-cv-14420 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 5/5/2020 | 10107 |
| 22 | Wolsky | Dale | 2:19-cv-14409 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 5/8/2020 | 10154 |

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Date | Docket No |
|---|---|---|---|---|---|---|---|---|
| 1 | Applestein | Judith | 2:19-cv-14288 | No Signed/Verified PFS | sanofi | Fears | Nachawati | 5/8/2020 | 10191 |
| 2 | Arbeiter | Susan | 2:19-cv-13794 | No Signed/Verified PFS | sanofi | Pulaski Law Firm, PLLC | 4/13/2020 | 9928 |
| 3 | Arnold | Mary | 2:19-cv-14231 | No Signed/Verified PFS | sanofi | Fears | Nachawati | 5/8/2020 | 10192 |
| 4 | Arthur | Teresa | 2:18-cv-12765 | PFS Not Complete - Shell PFS | sanofi | Niemeyer, Grebel & Kruse | 5/11/2020 | 10385 |
| 5 | Barnes | Shanda | 2:19-cv-14510 | No Signed/Verified PFS | sanofi | Fears | Nachawati | 5/8/2020 | 10202; 10194 |
| 6 | Benko | Sandra | 2:19-cv-14158 | No Signed/Verified PFS | sanofi | Fears | Nachawati | 5/8/2020 | 10203; 10195 |
| 7 | Biach | Sharon | 2:19-cv-14012 | No Signed/Verified PFS | sanofi | Fears | Nachawati | 5/8/2020 | 10204; 10196 |
| 8 | Brown | Keesha | 2:19-cv-13611 | No Signed/Verified PFS | Both sanofi and 505 | Bachus & Schanker, LLC | 5/11/2020 | 10357 |
| 9 | Bruno | Colette | 2:19-cv-14113 | No Signed/Verified PFS | sanofi | Fears | Nachawati | 5/8/2020 | 10205; 10197 |
| 10 | Burdell | Donna | 2:17-cv-09600 | PFS Not Substantially Complete | sanofi | Davis & Crump, P. C. | 5/11/2020 | 10333 |
| 11 | Claytor | Letitia | 2:19-cv-13360 | No Signed/Verified PFS | Both sanofi and 505 | Bachus & Schanker, LLC | 5/11/2020 | 10358 |
| 12 | Cordero | Iris | 2:19-cv-14347 | No Signed/Verified PFS | sanofi | Fears | Nachawati | 5/8/2020 | 10201 |
| 13 | Cruz | Lidia | 2:19-cv-14576 | No Signed/Verified PFS | sanofi | Fears | Nachawati | 5/8/2020 | 10207 |
| 14 | Curran | Elaine | 2:19-cv-14564 | No Signed/Verified PFS | sanofi | Fears | Nachawati | 5/8/2020 | 10208 |
| 15 | Dahl | Sharon | 2:19-cv-13230 | No Signed/Verified PFS | Both sanofi and 505 | Bachus & Schanker, LLC | 5/11/2020 | 10364 |
| 16 | Davis | Ozzie | 2:19-cv-13228 | No Signed/Verified PFS | Both sanofi and 505 | Bachus & Schanker, LLC | 5/8/2020 | 10173 |
| 17 | Davis | Patricia | 2:19-cv-14345 | No Signed/Verified PFS | sanofi | Fears | Nachawati | 5/8/2020 | 10209 |
| 18 | Delphant | Andrea | 2:19-cv-14370 | No Signed/Verified PFS | sanofi | Fears | Nachawati | 5/8/2020 | 10210 |
| 19 | Deutsch | Marilyn | 2:19-cv-14575 | No Signed/Verified PFS | sanofi | Fears | Nachawati | 5/8/2020 | 10211 |
| 20 | Dewitt | Alice | 2:19-cv-14389 | No Signed/Verified PFS | sanofi | Fears | Nachawati | 5/8/2020 | 10212 |
| 21 | Diamondopoulos-Guillen | Juanita | 2:19-cv-13486 | No Signed/Verified PFS | sanofi | Bachus & Schanker, LLC | 5/11/2020 | 10368 |

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Date | Docket No |
|---|---|---|---|---|---|---|---|---|
| 22 | Dickson | Latrice | 2:19-cv-13291 | No Signed/Verified PFS | 505 | Bachus & Schanker, LLC | 5/11/2020 | 10369 |
| 23 | Freo | Lisa | 2:19-cv-13837 | No Signed/Verified PFS | sanofi | Pulaski Law Firm, PLLC | 4/15/2020 | 9962 |
| 24 | Frick | Nancy | 2:19-cv-14518 | No Signed/Verified PFS | sanofi | Fears | Nachawati | 5/8/2020 | 10214 |
| 25 | Gissendanner | Nonna | 2:19-cv-14248 | No Signed/Verified PFS | sanofi | Fears | Nachawati | 5/8/2020 | 10215 |
| 26 | Graddy | Lisha | 2:19-cv-14235 | No Signed/Verified PFS | sanofi | Fears | Nachawati | 5/8/2020 | 10216 |
| 27 | Habersham | Sarah | 2:19-cv-14577 | No Signed/Verified PFS | sanofi | Fears | Nachawati | 5/8/2020 | 10217 |
| 28 | Harrison | Ilene | 2:19-cv-13487 | No Signed/Verified PFS | Both sanofi and 505 | Bachus & Schanker, LLC | 5/11/2020 | 10371 |
| 29 | Hartman | Bridgett | 2:19-cv-14044 | No Signed/Verified PFS | sanofi | Fears | Nachawati | 5/8/2020 | 10218 |
| 30 | Herron | Oretha | 2:19-cv-13655 | No Signed/Verified PFS | sanofi | Francolaw, PLLC | 5/11/2020 | 10354 |
| 31 | Horn | Dixie | 2:19-cv-14110 | No Signed/Verified PFS | sanofi | Fears | Nachawati | 5/9/2020 | 10219 |
| 32 | Howard | Oretha | 2:19-cv-14466 | No Signed/Verified PFS | sanofi | Fears | Nachawati | 5/9/2020 | 10220 |
| 33 | Hughes | Kathleen | 2:19-cv-13958 | No Signed/Verified PFS | sanofi | Fears | Nachawati | 5/9/2020 | 10221 |
| 34 | Hughes | Pamela | 2:19-cv-13797 | No Signed/Verified PFS | sanofi | Bachus & Schanker, LLC | 5/11/2020 | 10372 |
| 35 | Johnson | Patricia | 2:19-cv-14570 | No Signed/Verified PFS | sanofi | Fears | Nachawati | 5/9/2020 | 10222 |
| 36 | Katz | Gayle | 2:19-cv-13854 | No Signed/Verified PFS | Both sanofi and 505 | Pulaski Law Firm, PLLC | 4/13/2020 | 9925 |
| 37 | Lagarenne | Nicoletta | 2:19-cv-14024 | No Signed/Verified PFS | sanofi | Fears | Nachawati | 5/9/2020 | 10223 |
| 38 | Lane-Mosley | Carol | 2:18-cv-12494 | No Signed/Verified PFS | sanofi | Bachus & Schanker, LLC | 5/11/2020 | 10375 |
| 39 | Lawson | Evelyn | 2:19-cv-14473 | No Signed/Verified PFS | sanofi | Fears | Nachawati | 5/9/2020 | 10224 |
| 40 | Macneal | Annamaria | 2:19-cv-13275 | No Signed/Verified PFS | Both sanofi and 505 | Bachus & Schanker, LLC | 5/11/2020 | 10376 |
| 41 | Marks | Judith | 2:19-cv-14474 | No Signed/Verified PFS | sanofi | Fears | Nachawati | 5/9/2020 | 10225 |
| 42 | Martinez | Lydia | 2:19-cv-14274 | No Signed/Verified PFS | sanofi | Fears | Nachawati | 5/9/2020 | 10226 |

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Date | Docket No |
|---|---|---|---|---|---|---|---|---|
| 43 | Matteson | Renae | 2:19-cv-13870 | No Signed/Verified PFS | Both sanofi and 505 | Pulaski Law Firm, PLLC | 4/13/2020 | 9926 |
| 44 | Maxwell | Donna | 2:19-cv-14475 | No Signed/Verified PFS | sanofi | Fears | Nachawati | 5/9/2020 | 10227 |
| 45 | Mccall | Tonya | 2:19-cv-14476 | No Signed/Verified PFS | sanofi | Fears | Nachawati | 5/9/2020 | 10228 |
| 46 | Mclaurin | Judy | 2:19-cv-14540 | No Signed/Verified PFS | sanofi | Fears | Nachawati | 5/9/2020 | 10229 |
| 47 | Miguel | Mirtha | 2:19-cv-14278 | No Signed/Verified PFS | sanofi | Fears | Nachawati | 5/9/2020 | 10230 |
| 48 | Milhouse | Marilyn | 2:19-cv-13947 | No Signed/Verified PFS | Both sanofi and 505 | Bachus & Schanker, LLC | 5/11/2020 | 10377 |
| 49 | Miller | Penny | 2:19-cv-13462 | No Signed/Verified PFS | sanofi | Cutter Law PC | 5/6/2020 | 10137 |
| 50 | Miller | Sandra | 2:19-cv-13878 | No Signed/Verified PFS | Both sanofi and 505 | Pulaski Law Firm, PLLC | 4/13/2020 | 9927 |
| 51 | Miller | Sandra | 2:19-cv-14020 | No Signed/Verified PFS | sanofi | Fears | Nachawati | 5/8/2020 | 10187 |
| 52 | Miranda | Jennifer | 2:19-cv-14459 | No Signed/Verified PFS | sanofi | Fears | Nachawati | 5/9/2020 | 10231 |
| 53 | Mitchell | Clara | 2:19-cv-14562 | No Signed/Verified PFS | sanofi | Fears | Nachawati | 5/9/2020 | 10232 |
| 54 | Mojica | Stacy | 2:19-cv-13463 | No Signed/Verified PFS | Both sanofi and 505 | Bachus & Schanker, LLC | 5/11/2020 | 10378 |
| 55 | Molck | Barbara | 2:19-cv-13882 | No Signed/Verified PFS | sanofi | Pulaski Law Firm, PLLC | 5/11/2020 | 10330 |
| 56 | Molette | Adrian | 2:19-cv-13276 | No Signed/Verified PFS | sanofi | Bachus & Schanker, LLC | 5/11/2020 | 10380 |
| 57 | Moon-Brumley | Majel | 2:19-cv-14418 | No Signed/Verified PFS | sanofi | Fears | Nachawati | 5/9/2020 | 10233 |
| 58 | Morgan | Colleen | 2:19-cv-13805 | No Signed/Verified PFS | sanofi | Bachus & Schanker, LLC | 5/11/2020 | 10381 |
| 59 | Noceda | Marilyn | 2:19-cv-14488 | No Signed/Verified PFS | sanofi | Fears | Nachawati | 5/9/2020 | 10234 |
| 60 | Nunez | Alicia | 2:19-cv-14543 | No Signed/Verified PFS | sanofi | Fears | Nachawati | 5/9/2020 | 10236 |
| 61 | Otten | Patricia | 2:19-cv-13166 | No Signed/Verified PFS | sanofi | Kennedy Hodges, LLP | 5/8/2020 | 10206 |
| 62 | Palmer | Latrina | 2:19-cv-14282 | No Signed/Verified PFS | sanofi | Fears | Nachawati | 5/9/2020 | 10236 |
| 63 | Papajohn | Colleen E | 2:17-cv-16380 | PFS Not Substantially Complete | sanofi | Allen & Nolte, PLLC (Previously The Mulligan Law Firm) | 5/12/2020 | 10387 |

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Date | Docket No |
|---|---|---|---|---|---|---|---|---|
| 64 | Patterson | Brenda | 2:19-cv-14293 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 5/9/2020 | 10237 |
| 65 | Perez | Teresa | 2:19-cv-13435 | No Signed/Verified PFS | Both sanofi and 505 | Bachus & Schanker, LLC | 5/11/2020 | 10382 |
| 66 | Phebus | Jan | 2:19-cv-13997 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 5/9/2020 | 10238 |
| 67 | Pickens | Allison | 2:19-cv-14485 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 5/9/2020 | 10239 |
| 68 | Pierce | Crystal | 2:19-cv-12570 | No Signed/Verified PFS | 505 | Bachus & Schanker | 5/11/2020 | 10383 |
| 69 | Porteaous | Dianne | 2:19-cv-14348 | No Signed/Verified PFS | sanofi | Bachus & Schanker, LLC | 5/11/2020 | 10384 |
| 70 | Prado | Teresita | 2:19-cv-14557 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 5/9/2020 | 10240 |
| 71 | Rabenberg | Sheila | 2:19-cv-14286 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 5/9/2020 | 10241 |
| 72 | Richardson | Linda | 2:19-cv-13986 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 5/9/2020 | 10242 |
| 73 | Robare | Pamela | 2:19-cv-14008 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 5/9/2020 | 10243 |
| 74 | Russ | Melba | 2:19-cv-14238 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 5/9/2020 | 10244 |
| 75 | Sadler | Tina | 2:19-cv-14497 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 5/9/2020 | 10245 |
| 76 | Savvides | Asimina | 2:19-cv-14489 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 5/9/2020 | 10246 |
| 77 | Schacht-Umberger | Linda | 2:19-cv-14000 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 5/9/2020 | 10247 |
| 78 | Schroeder | Michelle | 2:19-cv-14486 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 5/9/2020 | 10248 |
| 79 | Seidl | Sherry | 2:19-cv-14065 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 5/9/2020 | 10249 |
| 80 | Shaw | Kathleen | 2:19-cv-14188 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 5/9/2020 | 10250 |
| 81 | Shifflet | Tammy | 2:19-cv-14490 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 5/9/2020 | 10251 |
| 82 | Shockley | Cecelia | 2:19-cv-14375 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 5/9/2020 | 10252 |
| 83 | Sigurdson | Lori | 2:19-cv-14197 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 5/9/2020 | 10253 |
| 84 | Smith | Tonneshia | 2:19-cv-14532 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 5/9/2020 | 10254 |

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Date | Docket No |
|---|---|---|---|---|---|---|---|---|
| 85 | Snead | Tonette | 2:19-cv-14501 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 5/9/2020 | 10255 |
| 86 | Tarter | Leaetta | 2:19-cv-14442 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 5/9/2020 | 10256 |
| 87 | Taylor | Deborah | 2:19-cv-14566 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 5/9/2020 | 10257 |
| 88 | Thompson | Regina | 2:19-cv-10901 | No Signed/Verified PFS | 505 | Bachus & Schanker, LLC | 5/8/2020 | 10157 (DOCKET # TYPO) |
| 89 | Wade-Moore | Deborah | 2:19-cv-14015 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 5/9/2020 | 10258 |
| 90 | Walden | Pearlie | 2:19-cv-13921 | No Signed/Verified PFS | Both sanofi and 505 | Pulaski Law Firm, PLLC | 4/15/2020 | 9961 |
| 91 | Walker | Elizabeth | 2:19-cv-13926 | No Signed/Verified PFS | Both sanofi and 505 | Pulaski Law Firm, PLLC | 4/17/2020 | 9979 |
| 92 | Wallace | Annie | 2:19-cv-14219 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 5/9/2020 | 10259 |
| 93 | West | Melinda | 2:19-cv-13934 | No Signed/Verified PFS | Both sanofi and 505 | Pulaski Law Firm, PLLC | 5/11/2020 | 10362 |
| 94 | Wilkison | Roxann | 2:19-cv-13968 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 5/9/2020 | 10260 |
| 95 | Wilson | Frances | 2:19-cv-14541 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 5/9/2020 | 10261 |
| 96 | Wilson | Harriet | 2:19-cv-14368 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 5/9/2020 | 10262 |
| 97 | Woods | Ella | 2:18-cv-12650 | PFS Not Substantially Complete; No Authorizations; No CMO 12A; No PTO 71A | 505 | Atkins & Markoff | 5/11/2020 | 10341; 9641 |
| 98 | Youmas | Jacqueline | 2:19-cv-14544 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 5/9/2020 | 10264 |

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Filed | Docket |
|---|---|---|---|---|---|---|---|---|
| 1 | Adeniji | Moriam | 2:19-cv-13533 | No Signed/Verified PFS | Both sanofi and 505 | Bachus & Schanker, LLC | 5/8/2020 | 10177 |
| 2 | Alvarez | Adriana | 2:19-cv-14253 | No Signed/Verified PFS | sanofi | Fears | Nachawati | 5/8/2020 | 10366 |
| 3 | Barber | Denise | 2:19-cv-14571 | No Signed/Verified PFS | sanofi | Fears | Nachawati | 5/11/2020 | 10339 |
| 4 | Barnhart | Betty | 2:19-cv-13767 | No Signed/Verified PFS | sanofi | Bachus & Schanker, LLC | 5/8/2020 | 10178 |
| 5 | Beckham | Betty | 2:19-cv-13727 | No Signed/Verified PFS | Both sanofi and 505 | Bachus & Schanker, LLC | 5/8/2020 | 10176 |
| 6 | Bejarano | Maria | 2:19-cv-14157 | No Signed/Verified PFS | sanofi | Bachus & Schanker, LLC | 5/11/2020 | 10356 |
| 7 | Billingsley | Janet | 2:18-cv-06149 | PFS Not Complete - Shell PFS | sanofi | Morris Bart, LLC | 5/9/2020 | 10280 |
| 8 | Brandon | Darlyne | 2:19-cv-13645 | No Signed/Verified PFS | sanofi | Bachus & Schanker, LLC | 5/8/2020 | 10175 |
| 9 | Buth | Michelle | 2:19-cv-14338 | No Signed/Verified PFS | sanofi | Fears | Nachawati | 5/9/2020 | 10265 |
| 10 | Cash | Carol | 2:19-cv-14546 | No Signed/Verified PFS | sanofi | Fears | Nachawati | 5/8/2020 | 10199 |
| 11 | Clark | Linda | 2:19-cv-13491 | No Signed/Verified PFS | sanofi | Bachus & Schanker, LLC | 5/8/2020 | 10174 |
| 12 | Creal | Ruby Ellen | 2:18-cv-05845 | PFS Not Complete - Shell PFS | sanofi | Morris Bart, LLC | 5/9/2020 | 10281 |
| 13 | Donofrio | Melodey | 2:17-cv-14346 | PFS Not Substantially Complete | sanofi | Brown & Crouppen | 5/11/2020 | 10350 |
| 14 | Duncan | Mignonette | 2:19-cv-00015 | No PTO 71A | sanofi | Fears | Nachawati | 5/10/2020 | 10324 |
| 15 | Duran | Luz | 2:19-cv-13508 | No Signed/Verified PFS | 505 | Bachus & Schanker, LLC | 5/8/2020 | 10172 |
| 16 | Edgar-Watson | Toni | 2:19-cv-13643 | No Signed/Verified PFS | sanofi | Bachus & Schanker, LLC | 5/8/2020 | 10171 |
| 17 | Fagan | Cindy | 2:19-cv-13428 | No Signed/Verified PFS | sanofi | Bachus & Schanker, LLC | 5/8/2020 | 10170 |
| 18 | Fleming | Leighann | 2:19-cv-13737 | No Signed/Verified PFS | Both sanofi and 505 | Bachus & Schanker, LLC | 5/11/2020 | 10370 |
| 19 | Fodera | Theresa | 2:18-cv-12406 | No Signed/Verified PFS | sanofi | Bachus & Schanker, LLC | 5/8/2020 | 10169 |

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Filed | Docket |
|---|---|---|---|---|---|---|---|---|
| 20 | Franklin | Ann | 2:19-cv-13362 | No Signed/Verified PFS | Both sanofi and 505 | Bachus & Schanker, LLC | 5/8/2020 | 10168 |
| 21 | Freeman | Teresa | 2:19-cv-14392 | No Signed/Verified PFS | sanofi | Fears | Nachawati | 5/11/2020 | 10363 |
| 22 | Garcia | Minerva | 2:19-cv-14373 | No Signed/Verified PFS | sanofi | Fears | Nachawati | 5/9/2020 | 10266 |
| 23 | Gehr | English | 2:19-cv-14304 | No Signed/Verified PFS | sanofi | Bachus & Schanker, LLC | 5/8/2020 | 10167 |
| 24 | Gray | Nona | 2:19-cv-14487 | No Signed/Verified PFS | sanofi | Fears | Nachawati | 5/10/2020 | 10327 |
| 25 | Hartwell | Barbara | 2:19-cv-13257 | PFS Not Substantially Complete; No Authorizations; No CMO 12A; No PTO 71A | 505 | Bachus & Schanker, LLC | 5/10/2020 | 10166 |
| 26 | Hay | Lori | 2:19-cv-14042 | No Signed/Verified PFS | sanofi | Fears | Nachawati | 5/9/2020 | 10267 |
| 27 | Hines-Shaw | Deidre | 2:19-cv-14381 | No Signed/Verified PFS | sanofi | Fears | Nachawati | 5/9/2020 | 10268 |
| 28 | Hodges | Valerie | 2:19-cv-12483 | No Signed/Verified PFS | Both sanofi and 505 | Bachus & Schanker, LLC | 3/19/2020 | 9610 |
| 29 | James | Betty | 2:19-cv-13994 | No Signed/Verified PFS | sanofi | Bachus & Schanker, LLC | 5/8/2020 | 10165 |
| 30 | James | Peggy | 2:19-cv-13492 | No Signed/Verified PFS | Both sanofi and 505 | Bachus & Schanker, LLC | 5/11/2020 | 10373 |
| 31 | Jerkins | Inez | 2:19-cv-14141 | No Signed/Verified PFS | sanofi | The Goss Law Firm | 5/13/2020 | 10390 |
| 32 | Johnson | Mildred | 2:18-cv-06172 | PFS Not Complete - Shell PFS | sanofi | Morris Bart, LLC | 5/9/2020 | 10282 |
| 33 | Knight | Flora | 2:19-cv-14335 | No Signed/Verified PFS | sanofi | Bachus & Schanker, LLC | 5/8/2020 | 10164 |
| 34 | Lacy | Brenda | 2:19-cv-14030 | No Signed/Verified PFS | sanofi | Fears | Nachawati | 5/9/2020 | 10269 |
| 35 | Lavoie-Serota | Cheryl | 2:19-cv-14252 | No Signed/Verified PFS | sanofi | Fears | Nachawati | 5/9/2020 | 10270 |
| 36 | Linares | Lilliana | 2:19-cv-13234 | No Signed/Verified PFS | sanofi | Bachus & Schanker, LLC | 5/8/2020 | 10163 |
| 37 | Lopes | Melissa | 2:19-cv-14324 | No Signed/Verified PFS | sanofi | Bachus & Schanker, LLC | 3/18/2020 | 9596 |

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Filed | Docket |
|---|---|---|---|---|---|---|---|---|
| 38 | Martin | Flora | 2:17-cv-11247 | PFS Not Substantially Complete | sanofi | Johnson Law Group | 4/1/2020 | 9486 |
| 39 | Martin | Viola | 2:18-cv-06010 | PFS Not Substantially Complete | 505 | Morris Bart, LLC | 5/9/2020 | 10284 |
| 40 | Mayberry | Tracy | 2:19-cv-13542 | No Signed/Verified PFS | sanofi | Bachus & Schanker, LLC | 5/8/2020 | 10162 |
| 41 | Miles | Jean | 2:19-cv-13470 | No Signed/Verified PFS | Both sanofi and 505 | Bachus & Schanker, LLC | 5/8/2020 | 10179 |
| 42 | Miller | Barbara | 2:18-cv-10571 | PFS Not Substantially Complete | sanofi | Fears \| Nachawati | 5/11/2020 | 10340 |
| 43 | Montalbano | Sharon | 2:17-cv-14154 | PFS Not Substantially Complete | sanofi | Fears \| Nachawati | 5/9/2020 | 10271 |
| 44 | Moses | Aretha | 2:19-cv-14071 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 5/10/2020 | 10326 |
| 45 | Munro | Sharon | 2:19-cv-13964 | No Signed/Verified PFS | sanofi | Bachus & Schanker, LLC | 5/8/2020 | 10161 |
| 46 | Napolitano | Helen | 2:19-cv-14247 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 5/9/2020 | 10273 |
| 47 | Oade | Gayle | 2:19-cv-14511 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 5/9/2020 | 10274 |
| 48 | Peck-Kennedy | Phyllis | 2:19-cv-14091 | No Signed/Verified PFS | sanofi | Bachus & Schanker, LLC | 5/8/2020 | 10181 |
| 49 | Perot | Jontue | 2:17-cv-12590 | PFS Not Substantially Complete | sanofi | Fernelius Simon PLLC | 5/11/2020 | 10374 |
| 50 | Pines | Carolyn | 2:19-cv-13438 | No Signed/Verified PFS | Both sanofi and 505 | Bachus & Schanker, LLC | 5/8/2020 | 10160 |
| 51 | Potter-Valmond | Calen | 2:19-cv-14561 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 5/9/2020 | 10275 |
| 52 | Powell | Judy | 2:19-cv-14171 | No Signed/Verified PFS | sanofi | Bachus & Schanker, LLC | 5/8/2020 | 10182 |
| 53 | Richardson | Ondria | 2:19-cv-14140 | No Signed/Verified PFS | sanofi | The Goss Law Firm | 5/13/2020 | 10400 |
| 54 | Roman | Martha | 2:19-cv-14142 | No Signed/Verified PFS | sanofi | The Goss Law Firm | 5/13/2020 | 10396 |
| 55 | Rorabeck | Deborah | 2:19-cv-14161 | No Signed/Verified PFS | sanofi | Bachus & Schanker, LLC | 5/8/2020 | 10183 |
| 56 | Scott | Jennie | 2:19-cv-01553 | PFS Not Substantially Complete | sanofi | Morris Bart, LLC | 5/9/2020 | 10285 |

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Filed | Docket |
|---|---|---|---|---|---|---|---|---|
| 57 | Segner | Mary | 2:19-cv-14386 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 5/9/2020 | 10276 |
| 58 | Sims | Delvia | 2:19-cv-14083 | No Signed/Verified PFS | sanofi | Bachus & Schanker, LLC | 5/8/2020 | 10184 |
| 59 | Sims | Iris | 2:19-cv-13439 | No Signed/Verified PFS | Both sanofi and 505 | Bachus & Schanker, LLC | 5/8/2020 | 10159 |
| 60 | Sims | Rita | 2:17-cv-01844 | PFS Not Substantially Complete | sanofi | Bachus & Schanker, LLC | 5/11/2020 | 10379 |
| 61 | Stephens | Christine | 2:19-cv-14156 | No Signed/Verified PFS | sanofi | Bachus & Schanker, LLC | 5/8/2020 | 10158 |
| 62 | Stutts | Linda | 2:19-cv-14226 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 5/10/2020 | 10328 |
| 63 | Thomas | Karissa | 2:19-cv-13992 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 5/9/2020 | 10277 |
| 64 | Thrasher | Wanda | 2:19-cv-13080 | No Signed/Verified PFS | sanofi | Bachus & Schanker, LLC | 5/8/2020 | 10156 |
| 65 | Tuner | Penny L | 2:17-cv-14072 | PFS Not Substantially Complete | sanofi | Peterson & Associates, P.C. | 5/8/2020 | 10193 |
| 66 | Vallejo | Joanne | 2:19-cv-13982 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 5/11/2020 | 10343 |
| 67 | Walker | Pamela | 2:18-cv-11003 | PFS Not Substantially Complete; No PTO-71A | 505 | Fears \| Nachawati | 5/11/2020 | 10359 |
| 68 | Waugh | Teresa | 2:19-cv-14358 | No Signed/Verified PFS | sanofi | Bachus & Schanker, LLC | 5/8/2020 | 10155 |
| 69 | Whittle | Pamela | 2:18-cv-06187 | PFS Not Complete - Shell PFS | sanofi | Morris Bart, LLC | 5/11/2020 | 10342; 10283 |
| 70 | Williams | Loretta | 2:19-cv-14082 | No Signed/Verified PFS | sanofi | Bachus & Schanker, LLC | 5/8/2020 | 10153 |
| 71 | Woodrum | Peggy | 2:19-cv-14266 | No Signed/Verified PFS | sanofi | Bachus & Schanker, LLC | 5/8/2020 | 10152 |
| 72 | Woodward | Deborah | 2:19-cv-14454 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 5/9/2020 | 10263 |
| 73 | Yulim | Esther | 2:19-cv-13791 | No Signed/Verified PFS | Both sanofi and 505 | Bachus & Schanker, LLC | 5/8/2020 | 10151 |